UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THOMAS ACEVEDO, JOHN HIDDESON,
ROBERT E. WOOD, MANUEL MERCADO, et al.,

                Plaintiffs,

-against-

CHEVROLET-SATURN OF HARLEM,

                Defendant.
------------------------------------------------------------------------X

**PLAINTIFF'S RULE 7.1 STATEMENT**

08-CV-1472 (GBD)

Defendant by and through its attorneys, Farrell Fritz, P.C., hereby certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, that it has no parent corporation and that no publicly-held corporation owns ten (10%) percent or more of its stock.

Chevrolet-Saturn of Harlem is a New York corporation.

Date: April 11, 2008
      Uniondale, New York

                FARRELL FRITZ, P.C.

                By: _____S/_____
                Steven N. Davi
                *Attorneys for Defendant*
                1320 RexCorp Plaza
                Uniondale, New York 11556
                (516) 227-0700

FFDOCS1\770721.01