UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x

THOMAS ACEVEDO, JOHN HIDDESON,
ROBERT E. WOOD, MANUEL MERCADO,
HUBERT L. TOUSSAINT, STEVE PALOMIA,
and MICHAEL J. HAWKINS,

                 Plaintiffs,

     -against-

CHEVROLET-SATURN OF HARLEM,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - x

08-CV-1472 (GBD) (AJP)

**CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER**

Defendant Chevrolet-Saturn of Harlem, Inc. ("Defendant"), s/h/a Chevrolet-Saturn of

Harlem, by and through its attorneys, Farrell Fritz, P.C., and plaintiffs Thomas Acevedo, John

Hiddleson, Robert E. Wood, Manuel Mercado, Hubert L. Toussaint, Steve Palomia, and Michael

J. Hawkins, by and through their attorneys, Gordon & Gordon, P.C., have conferred pursuant to

Fed. R. Civ P. ("Rule") 26(f), and have agreed to the following Case Management Plan. This

plan is also a scheduling order pursuant to Rules 16 and 26(f).

A.    **Initial Disclosures**

      The parties agree that no changes are needed in the form or requirement for disclosures

under Rule 26(a). Plaintiff and Defendant agree that disclosures under Rule 26(a)(1) will be

made no later than May 30, 2008.

B.    **Discovery Plan**

      The parties have conferred regarding the subjects on which they believe discovery is

necessary and have agreed to the following discovery and motion schedule:

      1    The date by which parties must file motions to amend the pleadings, including the

joinder of additional parties, is June 30, 2008.

2.    Except for good cause shown, all discovery shall be completed by October 10, 2008.

3.    Dispositive motions shall be served by January 12, 2009. Answering papers are to be served within fourteen (14) days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

4.    A final pretrial conference will be held on February 12, 2009 at 9:30 a.m.

5.    The Joint Pretrial Order shall be filed no later than January 26, 2009. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

6.    All motions and applications shall be governed by the Court's Individual Rules of Practice.

7.    The parties shall be ready for trial on 48 hours notice on or after February 19, 2009. The estimated trial time is fourteen (14) days, and this is a jury trial.

8.    The next Case Management Conference will be held on November 13, 2008 at 9:30 a.m.

Dated: May 14, 2008                              Respectfully submitted,

                                                 FARRELL FRITZ, P.C.


                                                 By:    Steven N. Davi (SD 2131)
                                                 *Attorneys for Defendant*
                                                 1320 RexCorp Plaza
                                                 Uniondale, New York  11556-1320
                                                 (516) 227-0700

2

Dated: May 14, 2008

GORDON & GORDON, P.C.

By:     Peter S. Gordon, Esq. (PSG0068)
*Attorneys for Plaintiffs*
108-18 Queens Boulevard
Forest Hills, New York  11375
(718) 544-7070

SO ORDERED: MAY 1 6 2008

Hon. George B. Daniels,
United States District Judge

HON. GEORGE B. DANIELS